AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MARCOS LOPEZ-ESPINOZA<br>T/N Francisco Navarette-Castro | CASE NUMBER: 08CR1779-IEG<br>08MJ1409 |

I, <u>MARCOS LOPEZ-ESPINOZA</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>June 3, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Fco Navarreto
MARCOS LOPEZ
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer